# PD-1607-15

## NO. CR31181

| | | |
|---|---|---|
| Terance Jones<br>PETITIONER | § | IN THE TEXAS COURT |
| | § | |
| VS. | § | OF |
| | § | |
| THE STATE OF TEXAS,<br>RESPONDENT | § | CRIMINAL APPEALS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Terance Jones, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 75th District Court of Liberty County, Texas of the offense of Aggravated Robbery in Cause No. CR31181, styled The State of Texas vs. Terance Jones The Petitioner appealed to the Court of Appeals, _____ Supreme Judicial District, Appeal No. 09-15-00092-CR. The case was affirmed on November 12, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

### II.

The present deadline for filing the Petition for Discretionary Review, is December 14, 2015. The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until Nov. 20, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Steven Greene, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. CR31181 to Jan 14, 2015.

Respectfully submitted,

Terrance Jones

Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, _Terrance Jones_, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for _Liberty_ County, _____ on this the _December 1_ day of _____, 2005.

_Terrance Jones_
Petitioner Pro Se